**Mandamus Denied and Opinion Filed November 20, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01548-CV

### IN RE PETER ZUCCARELLI, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03218-2013**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Lang

In this original mandamus proceeding, relator contends the trial court abused its discretion by denying relator's motion to dissolve or modify the writ of attachment against relator's property. The facts and issues are known to the parties, so we need to recite them herein. Based on the record before the Court, we conclude relator has not shown the trial court abused its discretion. *See In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). We deny relator's petition for writ of mandamus.

131548F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE